Case 1:26-cr-10011-STA   Document 25   Filed 03/12/26   Page 1 of 1   PageID 39
Case 1:26-cr-10011-S___ *SEALED*   Document 6   Filed (__/23/26   Page 1 of 2
PageID 12

H7909-512

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Darryl Ray Barnes<br>*Defendant* | )<br>)  Case No. 1:26-cr-10011-STA<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Darryl Ray Barnes                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Drug trafficking, in violation of 21 U.S.C. Section 841a1

Date:   02/23/2026

City and state:   Jackson, Tennessee

s/Andrew Shulman
*Issuing officer's signature*

Wendy R. Oliver, U.S. District Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/24/26, and the person was arrested on *(date)* 3/11/26
at *(city and state)* Henry, TN

Date: 3/11/26

Arresting officer's signature

SA Christopher Roberts
*Printed name and title*